BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
NIRAV K. DESAI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELODI FAE HARRIS,<br><br>Defendant. | **CASE NO. CR. S-06-00107 KJM**<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS FIVE, SIX, AND SEVEN OF THE SUPERSEDING INDICTMENT; ORDER**<br><br>**Date: November 5, 2012**<br>**Time: 9:00 a.m.**<br>**Judge: Hon. Kimberly J. Mueller** |

TO THE COURT, DEFENDANT, AND THE DEFENDANT'S ATTORNEYS OF RECORD:

Plaintiff United States of America ("government"), by and through its counsel of record, hereby provides notice that it will and hereby does move to dismiss Counts Five, Six, and Seven of the Superseding Indictment pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: November 1, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Nirav K. Desai
NIRAV K. DESAI
R. STEVEN LAPHAM
Assistant United States Attorneys

**ORDER**

Upon motion by plaintiff United States of America, it is HEREBY ORDERED that Counts Five, Six, and Seven of the Superseding Indictment filed in this case are dismissed as to defendant pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

Dated: November 2, 2012.

UNITED STATES DISTRICT JUDGE